MASSACHUSETTS BONDING AND INSURANCE COMPANY, a Corporation, Appellant,

v.

THE HUSSMANN REFRIGERATOR COMPANY, a Delaware Corporation.

No. 16011.

United States Court of Appeals
Eighth Circuit.

Aug. 13, 1958.

Walther, Barnard, Cloyd & Timm, St. Louis, Mo., for appellant.

Garstang & Mueller, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on dismissal of appeal filed by appellant.